UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| STAN'S BAR-B-Q LLC, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>THE CHARTER OAK FIRE INSURANCE CO.,<br><br>　　　　　　　　　　Defendant. | No.<br><br>CLASS ACTION COMPLAINT<br><br>JURY TRIAL DEMAND |

## I.　　INTRODUCTION

Plaintiff, STAN'S BAR-B-Q LLC ("Stan's" or "Plaintiff"), individually and on behalf of all other similarly situated members of the defined national class (the "Class Members"), by and through the undersigned attorneys, brings this class action against The Charter Oak Fire Insurance Company ("Charter Oak" or "Defendant") and alleges as follows based on personal knowledge and information and belief:

## II.　　JURISDICTION AND VENUE

1.　　This Court has subject matter jurisdiction pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1332(d), because at least one Class member is of diverse citizenship

CLASS ACTION COMPLAINT- 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

from Defendant, there are 100 or more Class members nationwide, and the aggregate amount in controversy exceeds $5,000,000. The Court has supplemental jurisdiction over Plaintiffs' state law claims under 28 U.S.C. § 1367.

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(3) because the Court has personal jurisdiction over Defendant, a substantial portion of the alleged wrongdoing occurred in this District and the state of Washington, and Defendant has sufficient contacts with this District and the state of Washington.

3. Venue is proper in the Western District of Washington pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claims at issue in this Complaint arose in this District. Plaintiff's place of business is located in Issaquah, WA, King County. This action is therefore appropriately filed in the Seattle Division because a substantial portion of the events giving rise to this lawsuit arose in King County.

### III.   PARTIES

4. Plaintiff Stan's Bar-B-Q LLC owns and operates a small barbecue restaurant and catering business located at 58 Front Street North, Issaquah, WA 98027.

5. Defendant The Charter Oak Fire Insurance Co. is an insurance carrier incorporated and domiciled in the State of Connecticut with its principal place of business in Connecticut.

### IV.   NATURE OF THE CASE

6. Due to COVID-19 and a state-ordered cessation of its regular business operations, Plaintiff cannot fully operate its restaurant and catering business.  Plaintiff intended to rely on his business insurance to maintain his business as a going concern. This lawsuit is

CLASS ACTION COMPLAINT- 2

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

filed to ensure that Plaintiff and other similarly-situated policyholders receive the insurance benefits to which they are entitled and for which they paid.

7. Defendant issued one or more insurance policies to Plaintiff, including Businessowners Property Coverage and related endorsements, insuring Plaintiff's property and restaurant business and other coverages, with effective dates of August 29, 2019 to August 29, 2020.

8. Plaintiff's business property includes property leased by Plaintiff and used for general restaurant and related business purposes.

9. Charter Oak's Businessowners Property Coverage provides Plaintiff with Business Income Coverage, Extra Expense Coverage, Extended Business Income Coverage, and Civil Authority Coverage.

10. Plaintiff paid all premiums for the coverage when due.

11. On or about January 20, 2020, the United States of America saw its first cases of person infected by COVID-19, which has been designated as a worldwide pandemic.

12. In light of this pandemic, Washington Governor Jay Inslee issued certain proclamations and orders affecting many persons and businesses in Washington, whether infected with COVID-19 or not, requiring certain public health precautions. Among other things, Governor Inslee's "Stay Home, Stay Healthy" order required the closure of all non-essential businesses, including significant aspects of Plaintiff's business.

13. Plaintiff's property sustained direct physical loss and/or damages related to COVID19 and/or the proclamations and orders.

CLASS ACTION COMPLAINT- 3

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

14. Plaintiff's property will continue to sustain direct physical loss or damage covered by the Charter Oak policy or policies, including but not limited to business interruption, extra expense, interruption by civil authority, and other expenses.

15. Plaintiff's property cannot be used, or used fully, for its intended purposes.

16. As a result, Plaintiff has experienced and will experience loss covered by the Charter Oak policy or policies.

17. Plaintiff has initiated its submission of a claim for loss with Charter Oak. Although Plaintiff has not completed the submission of its claim as of the date of this filing, Plaintiff was informed orally on or about March 18, 2020, and again on April 20, 2020, by its insurance broker, on behalf of Charter Oak, that its claim for coverage will be denied by Charter Oak.

### V.    CLASS ACTION ALLEGATIONS

18. This matter is brought by Stan's on behalf of itself and those entities similarly situated, under Federal Rule of Civil Procedure 23(b)(1), 23(b)(2), and 23(b)(3).

19. The Classes that Plaintiff seeks to represent are defined at this time as:

   A.    ***Business Income Breach of Contract Class:*** All persons and entities in the United States insured under a Charter Oak policy with Business Income coverage who suffered a suspension or reduction of their business at the covered premises related to COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities and whose Business Income claim was denied by Charter Oak.

   B.    ***Business Income Declaratory Relief Class:*** All persons and entities in the United States insured under a Charter Oak policy with Business Income Coverage who suffered a suspension or reduction of their business at the covered premises related

CLASS ACTION COMPLAINT- 4

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

to COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities.

C. ***Extra Expense Breach of Contract Class:*** All persons and entities in the United States insured under a Charter Oak policy with Extra Expense Coverage who incurred expenses while seeking to minimize the suspension of business at the covered premises in connection with COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities and whose Extra Expense claim was denied by Charter Oak.

D. ***Extra Expense Declaratory Relief Class:*** All persons and entities in the United States insured under a Charter Oak policy with Extra Expense Coverage who incurred expenses while seeking to minimize the suspension of business at the covered premises in connection with COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities.

E. ***Extended Business Income Breach of Contract Class:*** All persons and entities in the United States under a Charter Oak policy with Extended Business Coverage who suffered a suspension of their business at the covered premises related to COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities and whose Extended Business Coverage claim was denied by Charter Oak.

F. ***Extended Business Income Declaratory Relief Class:*** All persons and entities in the United States under a Charter Oak policy with Extended Business Coverage who suffered a suspension of their business at the covered premises related to COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities.

CLASS ACTION COMPLAINT- 5

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

G.  *Civil Authority Breach of Contract Class:* All persons and entities in the United States insured under a Charter Oak policy with Civil Authority Coverage who suffered a loss of business income and/or extra expense related to the impact of COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities and whose civil authority claim was denied by Charter Oak.

H.  *Civil Authority Declaratory Relief Class:* All persons and entities in the United States insured under a Charter Oak policy with Civil Authority coverage who suffered a loss of business income and/or extra expense related to the impact of COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities.

20. Excluded from the Class are Defendant's officers, directors, and employees; the judicial officers and associated court staff assigned to this case; and the immediate family members of such officers and staff. Plaintiff reserves the right to amend the Class definition based on information obtained in discovery.

21. This action may properly be maintained on behalf of each proposed Class under the criteria of Rule 23 of the Federal Rules of Civil Procedure.

22. **Numerosity**: The members of the Class are so numerous that joinder of all members would be impractical. Plaintiff is informed and believes that the proposed Class contains thousands of members. The precise number of class members can be ascertained through discovery, which will include Defendant's records of policyholders.

23. **Commonality and Predominance**: Common questions of law and fact predominate over any questions affecting only individual members of the Class. Common questions include, but are not limited to, the following:

CLASS ACTION COMPLAINT- 6

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

A. Whether the class members suffered covered losses based on common policies issued to members of the Class;

B. Whether Charter Oak acted in a manner common to the class and wrongfully denied claims for coverage related to COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities;

C. Whether Business Income coverage in Charter Oak's policies of insurance applies to a suspension of business related to COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities;

D. Whether Charter Oak's Extra Expense coverage applies to efforts to minimize a loss related to COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities;

E. Whether Charter Oak's Civil Authority Coverage applies to a suspension of business relating to the impact of COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities;

F. Whether Charter Oak has breached its contracts of insurance through a blanket denial of all claims based on business interruption, business income loss or full or partial closures related to COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities.

G. Whether, because of Charter Oak's conduct, Plaintiff and the class members have suffered damages; and if so, the appropriate amount thereof; and

H. Whether, because of Charter Oak's conduct, Plaintiff and the class members are entitled to equitable and declaratory relief, and if so, the nature of such relief.

CLASS ACTION COMPLAINT- 7

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

24. **Typicality**: Stan's claims are typical of the claims of the members of the classes. Stan's and all the members of the classes have been injured by the same wrongful practices of Defendant. Stan's claims arise from the same practices and course of conduct that give rise to the claims of the members of the Class and are based on the same legal theories.

25. **Adequacy**: Stan's will fully and adequately assert and protect the interests of the classes and has retained class counsel who are experienced and qualified in prosecuting class actions. Neither Stan's nor its attorneys have any interests contrary to or in conflict with the Classes.

26. **Federal Rule of Civil Procedure 23(b)(1), the Risk of Inconsistent or Varying Adjudications and Impairment to Other Class Members' Interests**: Plaintiff seeks adjudication as to the interpretation, and resultant scope, of Defendant's policies, which are common to all members of the class. The prosecution of separate actions by individual members of the classes would risk inconsistent or varying interpretations of those policy terms and create inconsistent standards of conduct for Defendant. The policy interpretations sought be Plaintiff could also impair the ability of absent class members to protect their interests.

27. **Federal Rule of Civil Procedure 23(b)(2), Declaratory and Injunctive Relief**: Defendant acted or refused to act on grounds generally applicable to Plaintiff and other members of the proposed classes making injunctive relief and declaratory relief appropriate on a classwide basis.

28. **Federal Rule of Civil Procedure 23(b)(3), Superiority**: A class action is superior to all other available methods of the fair and efficient adjudication of this lawsuit. While the aggregate damages sustained by the classes are likely to be in the millions of dollars, the individual damages incurred by each class member may be too small to warrant the expense

CLASS ACTION COMPLAINT- 8

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

of individual suits. Individual litigation creates a risk of inconsistent and/or contradictory decisions and the court system would be unduly burdened by individual litigation of such cases. A class action would result in a unified adjudication, with the benefits of economies of scale and supervision by a single court.

## VI.     CAUSES OF ACTION

### COUNT ONE — DECLARATORY JUDGMENT

*(Claim brought on behalf of the Business Income Coverage Declaratory Relief Class, Extra Expense Declaratory Relief Class, Extended Business Income Declaratory Relief Class, and Civil Authority Declaratory Relief Class)*

29.   All previous paragraphs alleged above are incorporated herein.

30.   This is a cause of action for declaratory judgment pursuant to the Declaratory Judgment Act, codified at 28 U.S.C. § 2201.

31.   Stan's brings this cause of action on behalf of the Business Income Coverage Declaratory Relief Class, Extra Expense Declaratory Relief Class, Extended Business Income Declaratory Relief Class, and the Civil Authority Declaratory Relief Class.

32.   Stan's seeks a declaratory judgment declaring that Plaintiff's and class members' losses and expenses resulting from the interruption of their businesses are covered by the Policy.

33.   Stan's seeks a declaratory judgment declaring that Charter Oak is responsible for timely and fully paying all such losses.

### COUNT TWO — BREACH OF CONTRACT

*(Claim brought on behalf of the Business Income Coverage Breach of Contract Class, Extra Expense Breach of Contract Class, Extended Business Income Breach of Contract Class, and Civil Authority Breach of Contract Class)*

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

34. All previous paragraphs alleged above are incorporated herein.

35. The Policy is a contract under which Plaintiff and the members of the class paid premiums to Defendant in exchange for Charter Oak's promise to pay Stan's and members of the class for all claims covered by the Policy.

36. Stan's has paid its insurance premiums.

37. On information and belief, Stan's has initiated, and will soon complete, its filing of a claim for its loss covered by the Policy. Upon information and belief, Charter Oak has stated it will deny Stan's claim, Charter Oak intends to deny Stan's claim, and Charter Oak has denied coverage for other similarly situated policyholders.

38. Denying coverage for the claim is a breach of the insurance contract.

39. Stan's is harmed by the breach of the insurance contract by Defendant.

## VII. PRAYER FOR RELIEF

40. A declaratory judgment that the policy or policies cover Plaintiff's losses and expenses resulting from the interruption of Plaintiff's business by COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities.

41. A declaratory judgment that Defendant is responsible for timely and fully paying all such losses.

42. Damages.

43. Pre- and post-judgment interest at the highest allowable rate.

44. Reasonable attorneys' fees and costs.

45. Such further and other relief as the Court shall deem appropriate.

## VIII. JURY TRIAL DEMANDED

Plaintiff demands a jury trial on all claims so triable.

CLASS ACTION COMPLAINT- 10

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

DATED this 22nd day of April, 2020.

        KELLER ROHRBACK L.L.P.

By: *s/ Amy Williams-Derry*
By: *s/ Ian S. Birk*
By: *s/ Lynn L. Sarko*
By: *s/ Gretchen Freeman Cappio*
By: *s/ Irene M. Hecht*
By: *s/ Maureen Falecki*
    Amy Williams-Derry, WSBA #28711
    Ian S. Birk, WSBA #31431
    Lynn L. Sarko, WSBA #16569
    Gretchen Freeman Cappio, WSBA #29576
    Irene M. Hecht, WSBA #11063
    Maureen Falecki, WSBA #18569
    1201 Third Avenue, Suite 3200
    Seattle, WA 98101
    Telephone: (206) 623-1900
    Fax: (206) 623-3384
    Email: awilliams-derry@kellerrohrback.com
    Email: ibirk@kellerrohrback.com
    Email: lsarko@kellerrohrback.com
    Email: gcappio@kellerrohrback.com
    Email: ihecht@kellerrohrback.com
    Email: mfalecki@kellerrohrback.com

By: *s/ Alison Chase*
    Alison Chase, *pro hac vice forthcoming*
    801 Garden Street, Suite 301
    Santa Barbara, CA 93101
    Telephone: (805) 456-1496
    Fax: (805) 456-1497
    Email: achase@kellerrohrback.com

*Attorneys for Plaintiff and the Proposed Classes*

4824-3892-5754, v. 1

CLASS ACTION COMPLAINT- 11

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384