The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| STAN'S BAR-B-Q LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE CHARTER OAK FIRE INSURANCE CO.,<br><br>Defendant. | No. 2:20-cv-00613-RSM<br><br>ORDER GRANTING UNOPPOSED MOTION FOR STAY OF PROCEEDINGS PENDING RULING ON CONSOLIDATION AND TRANSFER BY JPML |

## ORDER

The Court having examined and considered Plaintiff's Unopposed Motion for Stay of Proceedings Pending Ruling on Consolidation and Transfer by JPML, and finding that there is good cause,

**HEREBY ORDERS AND ADJUDGES THAT** this matter is stayed in its entirety, including but not limited to (1) all scheduling deadlines pursuant to the Federal Rules of Civil Procedure, Local Rules of the United States District Court for the Western District of Washington and this Honorable Court, (2) discovery, and (3) the deadline to answer or otherwise respond to Plaintiff's Complaint, pending a ruling by the JPML concerning the transfer of this action for inclusion in MDL No. 2942 for consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. In the event that the JPML denies consolidation, the stay will automatically terminate seven (7) days

ORDER GRANTING UNOPPOSED MOT. FOR STAY - 1
(2:20-cv-00613-RSM)

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

after the JPML's decision denying consolidation, and Defendant shall have twenty-one (21) additional days from the termination of the stay to answer, move, or otherwise plead in response to Plaintiff's Complaint.

**IT IS SO ORDERED.**

DATED this 5th day of June, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented By:

DATED this 4th day of June, 2020.

**KELLER ROHRBACK L.L.P.**

By: *s/ Lynn L. Sarko*
By: *s/ Amy Williams-Derry*
By: *s/ Ian S. Birk*
By: *s/ Gretchen Freeman Cappio*
By: *s/ Irene M. Hecht*
By: *s/ Maureen Falecki*
    Lynn L. Sarko, WSBA #16569
    Amy Williams-Derry, WSBA #28711
    Ian S. Birk, WSBA #31431
    Gretchen Freeman Cappio, WSBA #29576
    Irene M. Hecht, WSBA #11063
    Maureen Falecki, WSBA #18569
    1201 Third Avenue, Suite 3200
    Seattle, WA 98101
    Telephone: (206) 623-1900
    Fax: (206) 623-3384
    Email: ibirk@kellerrohrback.com
    Email: lsarko@kellerrohrback.com
    Email: gcappio@kellerrohrback.com
    Email: ihecht@kellerrohrback.com
    Email: awilliams-derry@kellerrohrback.com
    Email: mfalecki@kellerrohrback.com

ORDER GRANTING UNOPPOSED MOT. FOR STAY - 2
(2:20-cv-00613-RSM)

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

By: *s/ Alison Chase*
Alison Chase, *pro hac vice forthcoming*
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Telephone: (805) 456-1496
Fax: (805) 456-1497
Email: achase@kellerrohrback.com

**Attorneys for Plaintiff and the Proposed Classes**

4822-7423-0717, v. 2

ORDER GRANTING UNOPPOSED MOT. FOR STAY - 3
(2:20-cv-00613-RSM)

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384