Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| STAN'S BAR-B-Q LLC, individually and on behalf of others similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>THE CHARTER OAK FIRE INSURANCE CO.,<br><br>　　　　　　　　　　　　Defendant. | No. 2:20-cv-00613-RSM<br><br>STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO MOTION TO DISMISS<br><br>JURY TRIAL DEMAND |

## **STIPULATION**

The parties agree and stipulate as follows:

1.　　Plaintiff agrees to file a response brief to Defendant's pending Motion to Dismiss no later than 14 days after the Judicial Panel on Multidistrict Litigation issues an Order on its Order to Show Cause why the various cases filed against Travelers-related entities "should not be related and transferred to a single district for consolidation or coordinated pretrial proceedings under 28 U.S.C. § 1407." *In re Travelers COVID-19 Bus. Interruption Prot. Ins. Litig.*, MDL No. 2965, Dkt. # 3.

STIPULATION AND ORDER EXTENDING TIME TO RESPOND
TO MOTION TO DIMISS (2:20-cv-00613-RSM) - 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

2. Defendant agrees to file its reply brief no later than 14 days after Plaintiff files his response brief.

3. The Motion to Dismiss, currently noted for October 2, shall be noted for consideration on the date that Defendant files its reply brief.

## ORDER

IT IS SO ORDERED.

DATED this 14th day of September, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented By:

DATED this 14th day of September, 2020.

**KELLER ROHRBACK L.L.P.**

By: *s/ Karin B. Swope*
By: *s/ Ian S. Birk*
By: *s/ Lynn L. Sarko*
By: *s/ Amy Williams-Derry*
By: *s/ Gretchen Freeman Cappio*
By: *s/ Irene M. Hecht*
By: *s/ Maureen Falecki*
   Karin B. Swope, WSBA #24015
   Ian S. Birk, WSBA #31431
   Lynn L. Sarko, WSBA #16569
   Amy Williams-Derry, WSBA #28711
   Gretchen Freeman Cappio, WSBA #29576
   Irene M. Hecht, WSBA #11063
   Maureen Falecki, WSBA #18569
   1201 Third Avenue, Suite 3200
   Seattle, WA 98101

STIPULATION AND ORDER EXTENDING TIME TO RESPOND
TO MOTION TO DIMISS (2:20-cv-00613-RSM) - 2

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Telephone: (206) 623-1900
Fax: (206) 623-3384
Email: kswope@kellerrohrback.com
Email: ibirk@kellerrohrback.com
Email: lsarko@kellerrohrback.com
Email: gcappio@kellerrohrback.com
Email: ihecht@kellerrohrback.com
Email: awilliams-derry@kellerrohrback.com
Email: mfalecki@kellerrohrback.com

By: *s/ Alison Chase*
Alison Chase, *pro hac vice forthcoming*
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Telephone: (805) 456-1496
Fax: (805) 456-1497
Email: achase@kellerrohrback.com

**Attorneys for Plaintiff and the Proposed Classes**

**BULLIVANT HOUSER BAILEY PC**

By: *s/ Daniel R. Bentson*
Daniel R. Bentson, WSBA #36825
Owen R. Mooney, WSBA #45779
925 Fourth Ave., Suite 3800
Seattle, WA 98104
Telephone: (206) 292-8930
Email: dan.bentson@bullivant.com
Email: owen.mooney@bullivant.com

**Attorneys for Defendant**

STIPULATION AND ORDER EXTENDING TIME TO RESPOND
TO MOTION TO DIMISS (2:20-cv-00613-RSM) - 3

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

**CERTIFICATE OF SERVICE**

I certify that on 14th day of September, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all known counsel of record.

By: *s/ Karin B. Swope*
Karin B. Swope

CERTIFICATE OF SERVICE - 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384