Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| STAN'S BAR-B-Q LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE CHARTER OAK FIRE INSURANCE CO.,<br><br>Defendant. | No. 2:20-cv-00613-BJR<br><br>NOTICE OF STIPULATION TO EXTEND RESPONSE TIME TO MOTION TO CONSOLIDATE |

On September 25, 2020, Plaintiff Marler filed its "Motion to Consolidate and Appoint Interim Lead Counsel for Washington Covid-19 Closure Class Actions Lawsuits" in *Wade K. Marler, DDS v. Aspen American Insurance Company*, Case No. 2:20-cv-00616-BJR.

On October 14, 2020, Plaintiff Marler filed the parties' Stipulation and Proposed Order Extending Time to Respond to the Motion to Consolidate.

Plaintiff and Defendant in the above-captioned case join in Plaintiff Marler's Stipulation Extending Time to Response to Motion to Consolidate.

NOTICE OF STIPULATION TO EXTEND RESPONSE TIME TO
MOTION TO CONSOLIDATE - 1
(2:20-cv-00613-BJR)

KELLER ROHRBACK L.L.P.
801 Garden Street, Suite 301
Santa Barbara, CA 93101
TELEPHONE: (805) 456-1496
FACSIMILE: (805) 456-1497

DATED this 14th day of October, 2020.

KELLER ROHRBACK L.L.P.

By: *s/ Karin B. Swope*
By: *s/ Amy Williams-Derry*
By: *s/ Lynn L. Sarko*
By: *s/ Ian S. Birk*
By: *s/ Gretchen Freeman Cappio*
By: *s/ Irene M. Hecht*
By: *s/ Maureen Falecki*
By: *s/ Nathan L. Nanfelt*
    Karin B. Swope, WSBA #24015
    Amy Williams-Derry, WSBA #28711
    Lynn L. Sarko, WSBA #16569
    Ian S. Birk, WSBA #31431
    Gretchen Freeman Cappio, WSBA #29576
    Irene M. Hecht, WSBA #11063
    Maureen Falecki, WSBA #18569
    Nathan Nanfelt, WSBA #45273
    1201 Third Avenue, Suite 3200
    Seattle, WA 98101
    Telephone: (206) 623-1900
    Fax: (206) 623-3384
    Email: kswope@kellerrohrback.com
    Email: awilliams-derry@kellerrohrback.com
    Email: lsarko@kellerrohrback.com
    Email: ibirk@kellerrohrback.com
    Email: gcappio@kellerrohrback.com
    Email: ihecht@kellerrohrback.com
    Email: mfalecki@kellerrohrback.com
    Email: nnanfelt@kellerrohrback.com

By: *s/ Alison Chase*
    Alison Chase, *pro hac vice forthcoming*
    801 Garden Street, Suite 301
    Santa Barbara, CA 93101
    Telephone: (805) 456-1496
    Fax: (805) 456-1497
    Email: achase@kellerrohrback.com

*Attorneys for Plaintiff and the Proposed Class*

NOTICE OF STIPULATION TO EXTEND RESPONSE TIME TO
MOTION TO CONSOLIDATE - 2
(2:20-cv-00613-BJR)

**KELLER ROHRBACK L.L.P.**
801 Garden Street, Suite 301
Santa Barbara, CA 93101
TELEPHONE: (805) 456-1496
FACSIMILE: (805) 456-1497